IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:19-CR-00092-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | ORDER |
| ASHLEY DAWN WALKER, | |
| Defendant. | |

**THIS MATTER** is before the Court on Defendant's *pro se* Motion "for the 2 point reduction." (Doc. No. 95). The Court construes this motion as made pursuant to the not-yet effective retroactive amendment to U.S.S.G. §4C1.1(a). Defendant will not qualify for this retroactive reduction even when the amended guideline becomes effective because, as reflected in her Presentence report (Doc. No. 84 ¶¶ 40, 41), she had 2 criminal history points. *See* U.S.S.G. §4C1.1(a)(1).

Defendant's motion also states that her "parents are very sick." (Doc. No. 95). To the extent this reference could be construed as a motion for compassionate release pursuant to 18 U.S.C. § 3582(C)(1)(A)(i), the Court has previously denied a similar motion. (Doc. No. 94). A motion for compassionate release must be supported by more specific information from which the Court could find extraordinary and compelling reasons and consider a reduction in sentence.

For these reasons, Defendant's *pro se* motion (Doc. No. 95) is **DENIED**.

**SO ORDERED.**

Signed: October 10, 2023

Kenneth D. Bell
United States District Judge